## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MANETIRONY CLERVRAIN

VERSUS

JOHN BEL EDWARDS

CIVIL ACTION

21-345-SDD-EWD

### RULING

The Court has carefully considered the *Complaint*,[1] the *Motions*,[2] the record, the law applicable to this action, and the *Report and Recommendations*[3] of United States Magistrate Judge Erin Wilder-Doomes, dated February 11, 2022 to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiff Manetirony Clervrain's action is DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e). If sought, further leave to amend is DENIED.

---

[1] Rec. Doc. 1.
[2] Rec. Docs. 2 and 3.
[3] Rec. Doc. 4.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. §1915(a)(3), the Court certifies that any appeal in this matter could not be taken in good faith.

Signed in Baton Rouge, Louisiana the 3 day of March, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA